**United States v. Max T. Gaj**
**Case No. 20-CR-_____-MGM**
**Statement of Facts**

1.      On or about January 12, 2012, Max Gaj ("Gaj") applied to the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") for a Federal Firearms License ("FFL"), specifically, a Manufacturing Type 07 License, for a business located at 424 East Street, South Hadley, Massachusetts.  On or about May 29, 2012, ATF Industry Operations Investigator ("IOI") Timothy Gahm conducted an onsite and in-person inspection of the business in response to the Application.  Gaj amended the Application to identify both himself and J.C. as owners of the business, a partnership called Dark Horse Gunsmithing ("Dark Horse").  Gaj and J.C. met while students at the Pennsylvania Gunsmithing School.  During IOI Gahm's inspection, Gaj signed an acknowledgement stating that he received information regarding relevant Federal Firearm Regulations and that IOI Gahm explained and answered questions regarding such information.  Gaj further acknowledged that he understood he would be responsible for familiarizing himself with all of the laws and regulations governing his licensed firearms business.  The Dark Horse Application was approved, and in 2013, Dark Horse registered with ATF as a "Special Occupational Tax Payer" ("SOT"), allowing it to import, manufacture and/or deal in weapons regulated by the National Firearms Act ("NFA"), such as machineguns, short-barreled rifles, and short-barreled shotguns.  Also in 2013, W.S., who had been a student at the Pennsylvania Gunsmithing School with Gaj and J.C., began working at Dark Horse.  In December 2013, J.C. and W.S. signed an agreement pursuant to which J.C. agreed to sell his interest in Dark Horse to W.S. prior to J.C. leaving Massachusetts to serve in the Army in January 2014.

2.      On October 14, 2015, Dark Horse transferred a Glock 17 pistol bearing serial number YGR060 to Customer 1.  Despite knowing that transfer of Glock firearms is prohibited

in Massachusetts, Gaj effected this transaction, and signed the ATF Firearms Transaction Record, ATF Form 4473 ("4473") for the transaction, including certifying that, based on the "information in the current State Laws and Published Ordinances" it was his belief that it was not unlawful for him to sell, deliver, transport, or otherwise dispose of the firearm to Customer 1.

3. On November 24, 2015, Dark Horse transferred a Glock 43 pistol bearing serial number BALK473 to Customer 1. Gaj again effected this transaction, knowing the transfer of Glock firearms is prohibited in Massachusetts, including signing the 4473 for the transaction, and certifying that, based on the "information in the current State Laws and Published Ordinances" it was his belief that it was not unlawful for him to sell, deliver, transport, or otherwise dispose of the firearm to Customer 1.

4. In February 2018, ATF conducted a routine FFL compliance inspection of Dark Horse. On February 1, 2018, IOI Gahm and other members of ATF met with Gaj at Dark Horse. IOI Gahm asked Gaj to remove all firearms from Dark Horse's safes and other storage areas. After Gaj brought firearms to the front of Dark Horse for ATF to inspect, IOI Gahm examined the safes, and found that Gaj had not removed all of the firearms as requested. Inside one of the safes, IOI Gahm found an AK 47-type firearm bearing no serial number or marking as required under the Gun Control Act ("CGA") and NFA. Gaj acquired the parts for this AK-type firearm in the spring or summer of 2017 at Knob Creek, and it was assembled at Dark Horse in October or November 2017. Gaj stated that the gun fired more than one bullet per trigger pull. ATF later examined this firearm, and concluded it is a "machinegun" and "firearm" as defined in the NFA. Gaj had no NFA paperwork for the firearm, and the firearm was never registered with ATF. Gaj also did not enter the AK-47 into the Dark Horse Acquisition and Disposition Record ("A&D Record") that all FFLs must maintain and which must include all firearms acquired and disposed

of by the FFL, including manufactured firearms.

5.      Also on February 1, 2018, IOI Gahm found a Sten-type machinegun at Dark Horse that was marked "DARK HORSE GUNSMITHING, SOUTH HADLEY, MA 01075, STEN MK3," and bore serial number 0001.  The Sten receiver had been cut in half.  Gaj admitted the firearm had previously been assembled, and that it had fired as a machinegun.  Gaj and others can be seen firing this firearm in a video posted on YouTube on April 29, 2016.  ATF later examined this firearm, and concluded it is a "machinegun" and "firearm" as defined in the NFA.  Gaj knew it had to be registered, and Dark Horse had attempted to register the firearm with ATF, but that the registration was rejected due to a duplicate serial number.  Gaj never successfully registered the firearm with ATF.  The firearm also was not listed in the A&D Record.

6.      That same day, Gaj produced a firearm commonly referred to as a Glock Switch bearing serial number 1776.  A Glock Switch is a part that attaches to a Glock semi-automatic firearm that allows the firearm to function as a fully automatic firearm.  After Dark Horse received the Glock Switch, Gaj milled it, making it operational.  Gaj, W.S., and a former Dark Horse employee fired the Glock Switch, which fired as an automatic firearm.  A video posted on Facebook on January 28, 2017 shows Gaj firing the Glock Switch.  ATF later examined this Glock Switch device, and concluded it is a "machinegun" and "firearm" as defined in the NFA.  As such, Gaj was required to register the Glock Switch within 24 hours of making it.  However, Gaj did not register the Glock Switch until on or about March 12, 2017.  On the registration form, Gaj falsely stated that the Glock Switch was manufactured on March 12, 2017.  The Glock Switch was also not included in the A&D Record.

7.      Also on February 1, 2018, while at Dark Horse, IOI Gahm found an entry in the

A&D Record for the acquisition of a Streetsweeper "DD" (shorthand for "Destructive Device"), bearing serial number 9802. Gaj could not produce this firearm during the ATF inventory. Gaj initially stated the entry was a mistake and that he did not manufacture the firearm. Gaj admitted to IOI Gahm that the firearm existed, but was not at the shop, and stated that he could get a hold of it. Gaj then messaged W.S. using Facebook messenger, and told W.S. to retrieve the Streetsweeper from Gaj's house, disassemble the firearm, and place it in a locked case in a closet in the apartment building across the street, where W.S. was living.[1] Later that day, Gaj told ATF that he had located the Streetsweeper, and took IOI Gahm to the apartment building across the street, where Gaj retrieved the locked case. In the case, IOI Gahm found a shotgun receiver for a Cobray Streetsweeper bearing serial number SH9802. IOI Gahm asked Gaj where the remaining parts for the firearm were, and Gaj stated he was unable to obtain them. However, on February 8, 2018, ATF found additional parts for this Streetsweeper at Dark Horse. Moreover, former Dark Horse employees had seen the firearm fully assembled. ATF later examined this Streetsweeper, and concluded it is a "short-barreled shotgun" and therefore a "firearm" as defined in the NFA. Gaj never registered the Streetsweeper with ATF.

8. On February 5, 2018, during ATF's continued inspection of Dark Horse, Gaj and J.C. presented ATF with a Cazador shotgun bearing serial number 01/A679918, which Gaj had hidden in the bathroom ceiling during the first day of the ATF inspection so ATF would not find it. The barrel of the shotgun was 12 ¼ inches, and the overall length of the shotgun was 22 ½ inches, qualifying it as a short-barreled shotgun regulated by the NFA. The shotgun was acquired by Dark Horse as a regular shotgun on February 2, 2014. In December 2014, Gaj

---

[1] Gaj and W.S. met in person later that day and deleted the Facebook message.

brought the Cazador shotgun to Applied Light for engraving, acknowledging in an email to Applied Light that the Cazador shotgun would need NFA engravings. However, Gaj never registered the Cazador shotgun with ATF.

9. Over the course of the inspection of Dark Horse, ATF determined that Dark Horse had failed to record, or failed to properly record, the acquisition and/or production of approximately 151 firearms. Notably, 21 firearms were transferred without any entry being made in the A&D Record, making such firearms potentially untraceable. Another 98 firearms were found on site at Dark Horse during the February 2018 inspection with no record of their acquisition in the A&D Record. This included four firearms (rifles bearing serial numbers B211691, B101838, B095971, and B211647) that Dark Horse received from Gun Valley Arms and which Gaj was working on along with W.S. This also included: (1) a rifle receiver faintly marked with serial number RD1102, which Gaj stated, during the inspection, had been recently dropped off by a customer; (2) an unmarked Mauser C96-type pistol frame which Gaj had cerakoted[2]; and (3) a Glock 43 pistol bearing serial number ABYP352, which Gaj had transferred to himself. Gaj also failed to properly record the correct serial number for an A0W1 short-barreled shotgun bearing serial number 001A after altering the serial number from 001 to avoid duplication with a previously manufactured Dark Horse NFA firearm.

10. ATF also determined that, in addition to the 21 previously noted firearms that Dark Horse acquired and transferred without recording in the A&D Record, Dark Horse failed to properly record the disposition of an additional 29 firearms in the A&D Record. Four firearms were listed in the A&D Record as having been transferred to Gaj, but Gaj was unable to produce

---

[2] Cerakote is a ceramic-based finish that can be applied to firearms.

them: (1) an S&W/DSA M&P 15 rifle bearing serial number DSF016915; (2) A Mauser pistol bearing serial number 8289A; (3) a Nambu pistol bearing serial number 43109; and (4) a Glock 17 pistol bearing serial number UVL613.

11.     In at least six instances, Dark Horse acquired firearms receivers and/or frames, and manufactured these into completed firearms, but failed to mark the firearms as required. This includes three firearms which Gaj ultimately transferred to himself: (1) a Mag Tactical rifle bearing serial number MTS13523; (2) an Anderson AM-15 bearing serial number 17052477; and (3) an OOW AK-47 bearing serial number 0022507.

12.     Gaj also transferred six firearms to himself without completing a 4473 or a background check (a "NICS check"): (1) a Glock 17 pistol bearing serial number WRF784; (2) an H&K pistol bearing serial number 24-143724; (3) a Mag Tactical rifle bearing serial number MTS13523; (4) a Desert Eagle pistol bearing serial number 23414-S; (5) a Sig P320 pistol bearing serial number 58C000588; and (6) an OOW AK-47 bearing serial number 0022507.  Gaj later returned the Glock 17 pistol to Dark Horse, without properly recording this return in the A&D Record, and then transferred the Glock 17 to a customer, again without completing a 4473 or NICS check.  Gaj also did not properly record the Sig P320 pistol, H&K pistol, or Desert Eagle pistol in the A&D Record.