UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 3:20CR30026-1 |
| MAX GAJ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ASSENTED-TO MOTION TO EXTEND SELF-REPORT DATE**

The defendant, Max Gaj, by and through undersigned counsel hereby respectfully moves this Honorable Court to extend the date by which he is required to self-report to the facility designated by the Bureau of Prisons, currently scheduled for May 14, 2021, to a date at least two weeks after May 26, 2021. As grounds, Gaj received his first dose of the Moderna vaccine on April 26 and has been scheduled to receive his second dose on May 26. Per the Centers for Disease Control and Prevention,[1] a person does not become fully vaccinated until approximately two weeks after their second dose in a two-dose series. Counsel for the government, AUSA Catherine Curley, assents to the requested extension.

WHEREFORE, Gaj respectfully moves this Honorable Court to extend his self-report date to approximately two weeks after May 26, 2021.

Dated: April 29, 2021

Respectfully submitted,
MAX GAJ
By and through his attorneys,

 /s/ *R. Bradford Bailey*
R. Bradford Bailey, BBO#549749
Brad Bailey Law, P.C.
44 School Street Suite 1000B
Boston, Massachusetts 02108
Tel.:   (857) 991-1945

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html

brad@bradbaileylaw.com

*/s/ David R. Yannetti*
David R. Yannetti
BBO No. 549749
Yannetti Criminal Law Defense Firm
Boston, MA 02108
(617) 338-6006

**Certificate of Service**

I, R. Bradford Bailey, hereby certify that on this the 29th day of April, 2021, I caused a true copy of the foregoing motion to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

 */s/ R. Bradford Bailey*
R. Bradford Bailey

2